# Sealed Notice of Appeal

# SDNY Docket Number 1:24-mc-26

# USCA Docket Number: 24-1588