# Sealed Caption Amendment Notice
# USCA Docket Number: 24-1588