**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| IN RE TWO GRAND JURY SUBPOENAS DATED SEPTEMBER 13, 2023 | : | Case No. 24-1588 |
| | : | **FILED UNDER SEAL** |



2



3





5






[redacted]