UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-1588

Caption [use short title]

In Re Two Grand Jury Subpoenas Dated September 13, 2023

-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE TWO GRAND JURY SUBPOENAS :    AFFIRMATION IN SUPPORT OF
DATED SEPTEMBER 13, 2023 :    MOTION ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
:
:    Dkt. No. 24-1588
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


STATE OF NEW YORK                   )
NEW YORK COUNTY                  ) ss.:
SOUTHERN DISTRICT OF NEW YORK  )

       SARAH MORTAZAVI, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalties of perjury:

       1.     I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Preliminary Statement

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1



Case: 24-1588, 06/18/2024, DktEntry: 20.1, Page 3 of 7

3



Case: 24-1588, 06/18/2024, DktEntry: 20.1, Page 4 of 7

[redacted]

10. I affirm under penalties of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct.

Dated: New York, New York
June 17, 2024

/s/ Sarah Mortazavi
Sarah Mortazavi
Assistant United States Attorney
Tel. No.: (212) 637-2520

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 904 words in this motion.

>	DAMIAN WILLIAMS
>	United States Attorney for the
>	Southern District of New York
>
> By:	/s/ Sarah Mortazavi_____
>	SARAH MORTAZAVI
>	Assistant United States Attorney
>	(212) 637-2520

## CERTIFICATE OF SERVICE

I hereby certify that this document was emailed to richard.alcantara@ca2.uscourts.gov on June 17, 2024,



                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

                /s/ Sarah Mortazavi
By:   SARAH MORTAZAVI
                Assistant United States Attorney
                (212) 637-2520