# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-four.

Before:      Steven J. Menashi,
                    *Circuit Judge.*

| | |
|---|---|
| In Re: Two Grand Jury Subpoenas Dated September 13, 2023 | **ORDER** <br> Docket Nos. 24-1588 (L), 24-1589 (Con) |

The Sealed Appellants in these consolidated appeals move to seal the appeals in their entirety. The Government moves to expedite the appeals and proposes the following briefing schedule: Appellants' brief due July 10, 2024; Government's brief due July 26, 2024; Appellants' reply brief due August 6, 2024. Neither motion is opposed.

IT IS HEREBY ORDERED that the motion to seal is granted to the extent that the parties may file sealed documents with the Court and, within 7 days of filing a sealed document, file a redacted version of the document on the public docket pursuant to Local Rule 25.1(j)(2). The motion to expedite is GRANTED. The Clerk is directed to calendar the appeals as early as the first week of September 2024.

                                                                                  For the Court**:**
                                                                                  Catherine O'Hagan Wolfe,
                                                                                  Clerk of Court