UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** In re Two Grand Jury Subpoenas Dated September 23, 2023 v. _____

**DOCKET NUMBER:** 24-1588

**COUNSEL'S NAME:** ███████████

**COUNSEL'S ADDRESS:** ███████████

**COUNSEL'S PHONE:** ███████████

**QUESTIONNAIRE**

███████████

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds   ☐ CJA Form 24

_____        _____
Counsel's Signature                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature          Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.