# SEALED
## Letter
# 24-1588