**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1588-cv(L)

Caption [use short title]

**Motion for:** Leave to file corrected sealed Joint Appendix.

In Re: Two Grand Jury Subpoenas Dated September 13, 2023

Set forth below precise, complete statement of relief sought:

Sealed Appellants move the Court for leave to file a corrected sealed Joint Appendix.

**MOVING PARTY:** Sealed Appellants        **OPPOSING PARTY:** United States

☐ Plaintiff        ☐ Defendant

☑ Appellant/Petitioner        ☐ Appellee/Respondent

**MOVING ATTORNEY:** Robert W. Allen, P.C.        **OPPOSING ATTORNEY:** Jared Lenow

[name of attorney, with firm, address, phone number and e-mail]

Kirkland & Ellis, LLP        26 Federal Plaza

601 Lexington Avenue, New York, NY 10022        New York, New York 10278

(212) 390-4060; bob.allen@kirkland.com        jared.lenow@usdoj.gov

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York (Judge Valerie E. Caproni)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☑ No If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
/s/ Robert W. Allen        **Date:** July 16, 2024        Service : ☑ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

SEALED

# 24-1588-cv(L), 24-1589-cv(CON)

## United States Court of Appeals
### *for the*
## Second Circuit

IN RE: TWO GRAND JURY SUBPOENAS DATED SEPTEMBER 13, 2023

ABC,

*Plaintiff-Appellant,*

– v. –

DEF,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**UNOPPOSED JOINT MOTION FOR LEAVE TO FILE SEALED
CORRECTED JOINT APPENDIX**

ROBERT W. ALLEN
PATRICK GALLAGHER
*Attorneys for Sealed Appellant 1*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 390-4060
bob.allen@kirkland.com

MICHAEL M. PURPURA
*Attorneys for Sealed Appellant 1*
HUESTON HENNIGAN
620 Newport Center Dr.,
Suite 1300
Newport Beach, CA
92660 (929) 229-8640

BENJAMIN S. FISCHER
ELKAN ABRAMOWITZ
THOMAS A. MCKAY
PETER MENZ
*Attorneys for Sealed Appellant 2
and Sealed Appellant 3*
MORVILLO,
ABRAMOWITZ, GRAND,
IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*FILED UNDER SEAL*

*DOCUMENT REDACTED IN FULL*