### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 24-1588      Caption [use short title]

In Re Two Grand Jury Subpoenas Dated
September 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

IN RE TWO GRAND JURY SUBPOENAS :     SEALED AFFIRMATION
DATED SEPTEMBER 13, 2023         :

                                :     Dkt. No. 24-1588

                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


STATE OF NEW YORK            )
NEW YORK COUNTY            )  ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      SARAH MORTAZAVI, pursuant to Title 28, United States Code, Section 1746,

hereby affirms under penalties of perjury:

      1.     I am an Assistant United States Attorney in the Office of Damian

Williams, United States Attorney for the Southern District of New York.  I am one of the

attorneys representing the Government in this appeal. ███████████████████

████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

1









12.     I affirm under penalties of perjury, pursuant to Title 28, United States

Code, Section 1746, that the foregoing is true and correct.

Dated: New York, New York
       July 24, 2024

/s/  Sarah Mortazavi
Sarah Mortazavi
Assistant United States Attorney
Tel. No.: (212) 637-2520

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 1,191 words in this motion.

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

/s/ Sarah Mortazavi
By:   SARAH MORTAZAVI
      Assistant United States Attorney
      (212) 637-2520

## CERTIFICATE OF SERVICE

I hereby certify that this document was emailed to richard.alcantara@ca2.uscourts.gov on



DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

/s/ Sarah Mortazavi

By:     SARAH MORTAZAVI
Assistant United States Attorney
(212) 637-2520

# EXHIBIT 1

Filed Under Seal

# EXHIBIT 2

# Filed Under Seal