**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-1588, 24-1589

Caption [use short title]: In re Two Grand Jury Subpoenas Dated September 13, 2023

**Motion for:** Leave to File Ex Parte Brief and Special Appendix

Set forth below precise, complete statement of relief sought:

Sealed Appellants 2 and 3 respectfully request leave to file a brief and special appendix under seal and ex parte

**MOVING PARTY:** Sealed Appellants 2 and 3

**OPPOSING PARTY:** United States of America

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Benjamin S. Fischer

**OPPOSING ATTORNEY:** Sarah Mortazavi

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Morvillo Abramowitz Grand Iason & Anello P.C. | USAO-SDNY |
| 565 Fifth Avenue, New York, NY 10017 | 26 Federal Plaza, 37th Floor, New York, NY 10278 |
| bfischer@maglaw.com; 212-880-9585 | sarah.mortazavi@usdoj.gov; 212-637-2520 |

Court- Judge/ Agency appealed from: United States District Court, Southern District of New York - Hon. Valerie E. Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Benjamin S. Fischer **Date:** 7/26/2024 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| ------------------------------------------- x | | |
| | : | Case No. 24-1588 |
| IN RE TWO GRAND JURY SUBPOENAS DATED SEPTEMBER 13, 2023 | : | **FILED UNDER SEAL** |
| | : | |
| ------------------------------------------- x | | |

## DECLARATION OF BENJAMIN S. FISCHER

Pursuant to 28 U.S.C. § 1746, I, Benjamin S. Fischer, hereby declares that the following is true and correct:

[redacted]

[redacted]

[redacted]

[fully redacted page]

Case: 24-1588, 08/02/2024, DktEntry: 71.1, Page 3 of 6



Executed:   July 26, 2024
            New York, NY

                                                        /s/ Benjamin S. Fischer
                                                        Benjamin S. Fischer

**Certificate of Compliance with Typeface and Word-Count Limitations**

I, Benjamin S. Fischer, counsel for Respondents-Sealed Appellant 2 and Sealed Appellant 3 and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d) that the attached Motion of Respondents-Sealed Appellant 2 and Sealed Appellant 3 is proportionately spaced, has a typeface of 14 points or more, and contains fewer than 5,200 words.

Dated: July 26, 2024

/s/ Benjamin S. Fischer
Benjamin S. Fischer

# CERTIFICATE OF SERVICE

On July 26, 2024, I caused to be serve a copy of Sealed Appellant 2 and Sealed Appellant 3's motion to file an *ex parte* brief on Robert W. Allen, Patrick J. Gallagher, Yi Yuan, and Assistant United States Attorneys Emily Johnson, Sarah Mortazavi, and Danielle Sassoon, via e-mail at the following addresses:

- Bob.allen@kirkland.com
- Patrick.j.gallagher@kirkland.com
- Yi.yuan@kirkland.com
- Emily.Johnson@usdoj.gov
- Sarah.Mortazavi@usdoj.gov
- Danielle.Sassoon@usdoj.gov

Dated: July 26, 2024

/s/ Benjamin S. Fischer
Benjamin S. Fischer