NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Two Grand Jury Subpoenas Dated September 13, 2023    Docket No.: 24-1588