SEALED

# 24-1588-cv(L), 24-1589-cv(CON)

# United States Court of Appeals
### *for the*
# Second Circuit

IN RE: TWO GRAND JURY SUBPOENAS DATED SEPTEMBER 13, 2023

ABC,

*Plaintiff-Appellant,*

– v. –

DEF,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**SEALED REPLY BRIEF OF SEALED APPELLANT 1**

ROBERT W. ALLEN, P.C.
PATRICK J. GALLAGHER
YI YUAN
*Attorneys for Sealed Appellant 1*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 390-4060
bob.allen@kirkland.com

MICHAEL M. PURPURA
*Attorneys for Sealed Appellant 1*
HUESTON HENNIGAN
620 Newport Center Dr.,
Suite 1300
Newport Beach, CA 92660
(929) 229-8640
mpurpura@hueston.com

*FILED UNDER SEAL*

*DOCUMENT REDACTED IN FULL*