# 24-1588-cv(L), 24-1589-cv(CON)

## United States Court of Appeals

### *for the*

### Second Circuit

IN RE: TWO GRAND JURY SUBPOENAS DATED SEPTEMBER 13, 2023

ABC,

*Plaintiff-Appellant,*

– v. –

DEF,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## REDACTED REPLY BRIEF OF SEALED
## APPELLANT 2 AND SEALED APPELLANT 3

BENJAMIN S. FISCHER
ELKAN ABRAMOWITZ
THOMAS A. MCKAY
PETER MENZ
MORVILLO ABRAMOWITZ GRAND
   IASON & ANELLO PC
*Attorneys for Sealed Appellant 2 and*
   *Sealed Appellant 3*
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

CP COUNSEL PRESS    (800) 4-APPEAL • (331929)

Dated:      New York, New York
                August 6, 2024

                                  MORVILLO, ABRAMOWITZ, GRAND,
                                      IASON & ANELLO, P.C.

                            By:  */s/ Benjamin S. Fischer*
                                      Benjamin S. Fischer
                                      Elkan Abramowitz
                                      Thomas A. McKay
                                      Peter Menz
                                      565 Fifth Avenue
                                      New York, NY 10017
                                      (212) 880-9585 (phone)
                                      (212) 856-9494 (fax)

                                    *Attorneys for Sealed Appellant 2 and*
                                    *Sealed Appellant 3*

## **CERTIFICATE OF COMPLIANCE WITH**
## **TYPEFACE AND WORD-COUNT LIMITATIONS**

I, Benjamin S. Fischer, counsel for Respondents-Sealed Appellant 2 and Sealed Appellant 3 and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B) and Local Rule 32.1(a)(4)(B), that the attached Brief of Respondents-Sealed Appellant 2 and Sealed Appellant 3 is proportionately spaced, has a typeface of 14 points or more, and contains 6,567 words (as measured by Microsoft Word).

Dated:  August 6, 2024

/s/ Benjamin S. Fischer
Benjamin S. Fischer

## CERTIFICATE OF SERVICE

On August 6, 2024, I served a copy of Sealed Appellant 2 and Sealed Appellant 3's reply brief on Robert W. Allen, Michael M. Purpura, Patrick J. Gallagher, Yi Yuan, and Assistant United States Attorneys Emily Johnson, Jared Lenow, Sarah Mortazavi, and Danielle Sassoon, via e-mail at the following addresses:

- Bob.allen@kirkland.com
- Patrick.j.gallagher@kirkland.com
- Yi.yuan@kirkland.com
- Emily.Johnson@usdoj.gov
- Jared.Lenow@usdoj.gov
- Sarah.Mortazavi@usdoj.gov
- Danielle.Sassoon@usdoj.gov

Dated: August 6, 2024

/s/ Benjamin S. Fischer
Benjamin S. Fischer