# KIRKLAND & ELLIS LLP

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Bob Allen, P.C.<br>To Call Writer Directly:<br>+1 212 390 4060<br>bob.allen@kirkland.com | +1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

September 16, 2024

**VIA CM/ECF & E-MAIL**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, New York 10007

   Re: *In Re: Two Grand Jury Subpoenas Dated September 13, 2023*, Case No. 24-1588-cv



                   Respectfully submitted,

                   */s/ Robert Allen*

                   Robert Allen, P.C.

Cc:  All counsel of record via ECF