UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-four,

_____

In Re: Two Grand Jury Subpoenas Dated September 13, 2023

-----------------------------------------------------------

ABC,

        Plaintiff - Appellant,

v.

DEF,

        Defendant - Appellee.

_____

**ORDER**
Docket No. 24-1588

     Larin Kaywood, Court Reporter is hereby authorized to bring a steno machine, which rests on a tripod, and includes a microphone, laptop computer, and cables to connect to the steno machine and laptop into Courtroom 1703 of the Thurgood Marshall U.S. Courthouse for the limited purpose of transcribing oral argument scheduled for Wednesday, September 18, 2024.

     Ms. Kaywood certifies that she will not use the steno machine and laptop computer inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Ms. Kaywood also certifies that the steno machine and laptop computer lacks any infrared ports or alternatively has disabled all infrared ports.

                                                       For The Court:
                                                       Catherine O'Hagan Wolfe,
                                                       Clerk of Court