

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 19, 2024

**FILED UNDER SEAL**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re:  ***In Re Two Grand Jury Subpoenas Dated September 13, 2023***,
     **Docket No. 24-1588 (argued September 18, 2024)**

Dear Ms. Wolfe:



             Respectfully submitted,
             DAMIAN WILLIAMS
             United States Attorney

   By:  /s/_____
             Jared Lenow
             Sarah Mortazavi
             Assistant United States Attorneys
             Tel: (212) 637- / 2520 / 1115

cc:   Appellant counsel (via Email)