# KIRKLAND & ELLIS LLP

Robert W. Allen, P.C.
To Call Writer Directly:
+1 212 390 4060
bob.allen@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 25, 2024

**FILED UNDER SEAL**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Two Grand Jury Subpoenas Dated September 13, 2023*,
                   Docket No. 24-1588 (argued September 18, 2024)

Dear Ms. Wolfe:



Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Riyadh   Salt Lake City   Shanghai   Washington, D.C.

**KIRKLAND & ELLIS LLP**

Catherine O'Hagan Wolfe
September 25, 2024
Page 2



    Sincerely,

    /s/ *Robert W. Allen*
    Robert W. Allen, P.C.

cc:     Appellee counsel (via Email)