**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: February 7, 2025
Docket #: 24-1588
Short Title: In Re: Two Grand Jury Subpoenas Dated September 13, 2023

DC Docket #: 1:24-mc-26
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Valerie E. Caproni

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.