# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand twenty-five.

Before:    Gerard E. Lynch,
                Beth Robinson,
                Sarah A. L. Merriam,
                    *Circuit Judges.*

_____

In Re: Grand Jury Subpoenas Dated September 13, 2023
-------------------------------------------------------------

UNITED STATES OF AMERICA,

                Movant-Appellee,

    v.

SEALED APPELLANT 1, SEALED APPELLANT 2,
AND SEALED APPELLANT 3,

                Respondents-Appellants.

_____

**JUDGMENT**

Docket Nos. 24-1588(L), 24-1589(Con)

     The appeals in the above captioned cases from an order of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court